**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

CASE NO. _____

BOBBIE FONTAINE,

    Plaintiff,

vs.

HOLIDAY HOTEL & RESORT, LLC,
a Florida Limited Liability Company, and
MICHAEL SHABO, an individual,
jointly and severally,

    Defendants.
_____/

## PLAINTIFF'S COMPLAINT FOR DAMAGES

Plaintiff, BOBBIE FONTAINE, sues Defendants, HOLIDAY HOTEL & RESORT, LLC and MICHAEL SHABO, and shows:

### Introduction

1. This is an action by BOBBIE FONTAINE against her former employers for unpaid minimum wages pursuant to the Fair Labor Standards Act and breach of contract. Plaintiff seeks damages and a reasonable attorney's fee.

### Jurisdiction

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 206. The Court has jurisdiction over the claims pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1367(a).

3. The claims arose within the Middle District of Florida, which is where venue is proper.

**Parties and General Allegations**

4. Plaintiff, BOBBIE FONTAINE, (hereinafter "FONTAINE") a resident of Pinellas County, was, at all times material, employed by HOLIDAY HOTEL & RESORT, LLC as a manager, was an employee as defined by 29 U.S.C. § 203(e), and during her employment with HOLIDAY HOTEL & RESORT, LLC, was engaged in commerce or in the production of goods for commerce.

5. Defendant, HOLIDAY HOTEL & RESORT, LLC (hereinafter, "HOLIDAY HOTEL"), is a Florida Limited Liability Company with headquarters in Pasco County, Florida, is an enterprise engaged in an industry affecting commerce, is an employer as defined by 29 U.S.C. § 203(d) and (s)(1), in that it has employees engaged in commerce or in the production of goods for commerce, or that has employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person; and it is an enterprise whose annual gross volume of sales made or business done is not less than $500,000 (exclusive of excise taxes at the retail level that are separately stated) which has employees subject to the provisions of the FLSA, 29 U.S.C. §§ 206.

6. Defendant MICHAEL SHABO (hereinafter, "SHABO") is a resident of Pinellas County, Florida.

7. At all times material to this Complaint, SHABO has managed and/or operated Defendant HOLIDAY HOTEL and regularly exercised the authority to hire and fire its employees, determine the work schedules of employees, set the rate of pay of employees, and controlled its finances and daily operations. SHABO did, in fact, hire Plaintiff, set Plaintiff's rate of pay and work schedule, and thus dictated the terms of Plaintiff's employment. SHABO was the individual who decided not to pay Plaintiff her agreed upon wages. By virtue of such

control and authority, SHABO is an employer and/or joint-employer of Plaintiff as defined by the FLSA, 29 U.S.C. §203(d).

### Count I – Violation of the FLSA by Both Defendants – Minimum Wage

8. Plaintiff, FONTAINE, realleges, as if fully set forth in Count I, the allegations of Paragraphs 1 through 7 above.

9. FONTAINE worked for HOLIDAY HOTEL and SHABO from approximately March 5, 2019 through April 19, 2019 but received no compensation whatsoever for the work performed.

10. HOLIDAY HOTEL and SHABO's failure to pay FONTAINE her wages violates 29 U.S.C. § 206(a)(1) by not paying her at least a minimum wage.

11. FONTAINE is entitled pursuant to the FLSA to recover from both Defendants:

    a. The applicable minimum wage in effect at the times she worked without receiving compensation;

    b. As liquidated damages, an amount equal to the unpaid minimum wage she is owed;

    c. The costs of this action, and;

    d. A reasonable attorney's fee.

WHEREFORE, Plaintiff prays that this Honorable Court:

    a. Enter judgment for FONTAINE and against HOLIDAY HOTEL and SHABO on the basis of their willful violations of the FLSA;

    b. Award FONTAINE actual and compensatory damages in the amount shown to be due for unpaid minimum wages;

    c. Award FONTAINE an equal amount in liquidated damages;

  d. Award FONTAINE reasonable attorneys' fees and costs of suit; and

  e. Other such relief as this Court deems just.

**Count II – Breach of Oral Contract by Both Defendants – Unpaid Wages**

12. Plaintiff, FONTAINE, realleges, as if fully set forth in Count II, the allegations of Paragraphs 1 through 7 above.

13. In February or March of 2018, Defendants HOLIDAY HOTEL and SHABO provided an oral contract to FONTAINE setting her salary for her employment at $40,000.00 per year.

14. FONTAINE accepted that contract and proceeded to work for Defendants from approximately March 5, 2019 through April 19, 2019.

15. Defendants breached the contract by failing to pay FONTAINE the agreed upon salary for her hours worked during her employment.

16. Defendants' failure to pay FONTAINE her salary owed has resulted in damages to FONTAINE.

17. FONTAINE is entitled to recover from Defendants her unpaid wages, the costs of this action, and a reasonable attorney's fee.

WHEREFORE, Plaintiff prays that this Honorable Court:

  a. Enter judgment for FONTAINE and against HOLIDAY HOTEL and SHABO on the basis of their breach of contract;

  b. Award FONTAINE actual and compensatory damages;

  c. Award FONTAINE reasonable attorneys' fees and costs of suit; and

  d. Other such relief as this Court deems just.

## Jury Demand

Plaintiff demands trial by jury.

Dated: **July 5, 2019**
Plantation, Florida

        Respectfully submitted,

*By:*    *s/Robert S. Norell*
      Robert S. Norell, Esq.
      Fla. Bar No. 996777
      E-Mail: rob@floridawagelaw.com
      **ROBERT S. NORELL, P.A.**
      300 N.W. 70th Avenue
      Suite 305
      Plantation, FL 33317
      Telephone: (954) 617-6017
      Facsimile: (954) 617-6018
      *Counsel for Plaintiff*